| | |
|---|---|
| 1 | Gabriel A. Godinez, Esq. SBN 241111 |
| 2 | GODINEZ LAW |
|   | 1307 N Street |
| 3 | Bakersfield, California 93301 |
|   | Telephone: (661) 302-4949 |
| 4 | Facsimile: (661) 302-4944 |
| 5 | Attorney for Defendants |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO, | No. 1:18-CV-01215-DAD-SKO |
| Plaintiff, | **STIPULATION FOR FURTHER EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT; ORDER** |
| vs. | |
| LAURO LARA dba SABROSO RESTAURANTE; JUANITA CRUZ, Trustee under THE VICTOR JESUS CRUZ AND JUANITA CRUZ FAMILY TRUST, est. August 29, 1996, | **(Doc. 7)** |
| Defendants. | |

**WHEREAS,** Plaintiff Jose Trujillo ("Plaintiff"), and Defendants Lauro Lara dba Sabroso Restaurante and Juanita Cruz, Trustee under the Victor Jesus Cruz and Juanita Cruz Family Trust, est. August 29, 1996 ("Defendants," and together with Plaintiff, "the Parties"), by and through their respective counsel of record, previously entered into a stipulation granting Defendants to and including November 16, 2018 to file a responsive pleading in this matter (Dkt. 6);

**WHEREAS,** Plaintiff and Defendants are engaged in settlement negotiations and are hopeful that a settlement can be reached informally, and desire to conserve attorney's fees which would be incurred in filing the responsive pleading while they exhaust settlement efforts;

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between the Parties that Defendants may have to and including December 4, 2018 to file a responsive pleading in this

Page 1

matter. This extension of time does not alter the date of any event or any deadline already fixed by Court order.

DATED: November __16__, 2018        GODINEZ LAW

                                              By _____
GABRIEL A. GODINEZ, ESQ.
Attorneys for Defendants

DATED: November _16___, 2018        MISSION LAW FIRM, APC

                                              By /s/ *Zachary M. Best*_____
ZACHARY M. BEST, ESQ.
Attorneys for Plaintiff

## **ORDER**

The Court, having considered the parties' above, "Stipulation for Further Extension of Time for Defendant to Respond to Complaint" (the "Stipulation") (Doc. 7), and good cause appearing, HEREBY GRANTS the parties' Stipulation. Defendants shall file their responsive pleading on or before December 4, 2018.

IT IS SO ORDERED.

Dated: **November 19, 2018**        /s/ *Sheila K. Oberto*
                                                                      UNITED STATES MAGISTRATE JUDGE