| | |
|---|---|
| 1 | Zachary M. Best, SBN 166035 |
| | MOORE LAW FIRM, P.C. |
| 2 | 332 North Second Street |
| | San Jose, California 95112 |
| 3 | Telephone: (408) 298-2000 |
| | Facsimile: (408) 298-6046 |
| 4 | Email: service@mission.legal |
| 5 | Attorneys for Plaintiff, |
| | Jose Trujillo |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE TRUJILLO, | ) | No. 1:18-cv-01215-DAD-SKO |
| Plaintiff, | ) | **STIPULATION FOR CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE; ORDER** |
| vs. | ) | |
| ROSALINDA MORALES dba TACOS LA PIEDAD, et al., | ) | (Doc. 11) |
| Defendants. | ) | |

**WHEREAS,** a Mandatory Scheduling Conference in this matter is set for December 18, 2018 (Dkt. 3);

**WHEREAS,** Plaintiff Jose Trujillo ("Plaintiff"), and Defendants, Lauro Lara dba Sabroso Restaurante and Juanita Cruz, Trustee under the Victor Jesus Cruz and Juanita Cruz Family Trust, est. August 29, 1996 (collectively "Defendants," and together with Plaintiff, "the Parties"), are engaged in settlement negotiations and are hopeful that a settlement can be reached informally, and desire to conserve attorney's fees and to conserve Court resources;

**NOW, THEREFORE,** the Parties, by and through their respective counsel, stipulate to a continuance of the Mandatory Scheduling Conference currently set for December 18, 2018 to a date at the Court's convenience on or after February 18, 2019.

STIPULATION FOR CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE; ORDER

Page 1

| | |
|---|---|
| Dated: December 11, 2018 | MISSION LAW FIRM, A.P.C. |
| | */s/ Zachary M. Best* |
| | Zachary M. Best |
| | Attorneys for Plaintiff, |
| | Jose Trujillo |
| | |
| Dated: December 11, 2018 | GODINEZ LAW |
| | */s/ Gabriel Godinez* |
| | Gabriel A. Godinez |
| | Attorneys for Defendants, |
| | Lauro Lara dba Sabroso Restaurante and Juanita Cruz, Trustee under the Victor Jesus Cruz and Juanita Cruz Family Trust, est. August 29, 1996 |

## **ORDER**

The parties having so stipulated (Doc. 11) and good cause appearing,

IT IS HEREBY ORDERED that the Mandatory Scheduling Conference currently set for December 18, 2018, is **CONTINUED to February 19, 2019, at 10:15 AM in Courtroom 7, before Magistrate Judge Sheila K. Oberto**. The parties SHALL file their Joint Scheduling Report no later than seven days prior to the conference.

IT IS SO ORDERED.

Dated: **December 12, 2018**        /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE