Zachary M. Best, SBN 166035
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
E-mail: service@moorelawfirm.com

Attorney for Plaintiff,
Jose Trujillo

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>  Plaintiff,<br><br>  vs.<br><br>LAURO LARA dba SABROSO RESTAURANTE; JUANITA CRUZ, Trustee under THE VICTOR JESUS CRUZ AND JUANITA CRUZ FAMILY TRUST, est. August 29, 1996,<br><br>  Defendants. | No. 1:18-cv-01215-DAD-SKO<br><br>**NOTICE OF CONTINGENT SETTLEMENT OF ACTION** |

1 Plaintiff, Jose Trujillo ("Plaintiff"), hereby advises the Court that Plaintiff and Defendants, Lauro Lara dba Sabroso Restaurante; and Juanita Cruz, Trustee under the Victor Jesus Cruz and Juanita Cruz Family Trust, est. August 29, 1996 ("Defendants") have reached a full settlement in this action, contingent upon the agreed-upon settlement agreement by Defendants, and the fulfillment by Defendants of certain predicate acts required by the terms of settlement.

Plaintiff therefore requests that he be given to and including July 19, 2019 to file dispositional documents to dismiss Defendants from this action with prejudice in order to afford the Parties time to complete the settlement.

Respectfully submitted,

Dated: June 19, 2019         MOORE LAW FIRM, P.C.

*/s/ Zachary M. Best*
Zachary M. Best
Attorney for Plaintiff,
Jose Trujillo